**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brian Wharton                      CHAPTER 13

<ins>Debtor(s)</ins>

BKY. NO. 24-10503 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                     Respectfully submitted,

                                         /s/ **Mark A. Cronin**
                                         Mark Cronin
                                         22 Feb 2024, 13:03:55, EST

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322