United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 24-10503-mdc

Brian Wharton                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                              Page 1 of 1

Date Rcvd: Mar 01, 2024                  Form ID: pdf900                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

**Recip ID            Recipient Name and Address**
db              + Brian Wharton, 1111 Meadowbrook Lane, Darby, PA 19023-1013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

**Name**                        **Email Address**

ANTHONY A. FRIGO
                        on behalf of Debtor Brian Wharton anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
                        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

IN RE:  Brian Wharton             :        Chapter 13
                                 :        No. 24−10503−mdc
                                 :

### ORDER

AND NOW, this 29th day of February, 2024, upon consideration of the within Motion to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before March 14, 2024.

_____
**Magdeline D. Coleman**
**Chief Judge**
**United States Bankruptcy Judge**

See Attached List

Kenneth E. West
Via ECF

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Brian Wharton
1111 Meadowbrook Lane
Darby, PA 19023

All Interested Parties