*Form 167* (1/25)–doc 45 – 41

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Brian Wharton ) | Case No. 24–10503–djb |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

.

Motion for Relief from Stay re: 1111 Meadowbrook Lane, Darby PA 19023 filed by PENNYMAC LOAN SERVICES, LLC represented by DENISE ELIZABETH CARLON (Counsel).

\*\*\* RE–SCHEDULED HEARING \*\*\*

Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

\*\*\*\*\*\*

on: 3/13/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 6, 2025            For The Court

                                                                    Timothy B. McGrath
                                                                     Clerk of Court