# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OFPENNSYLVANIA

|  |  |
|---|---|
| IN RE:  Brian Wharton | : |
| Debtor(s) | : Chapter 13 |
|  | : |
|  | : No.     24-10503-DJB |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The debtor(s), Brian Wharton, has/have filed a Motion For Court Approval of Modification of the Amended Chapter 13 Plan with the court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case/adversarial proceding. (If you do not have an attorney, you may wish to consult one.)**

1. If you do not want the court to grant the releif sought in the motion or if you want the court to consider your views on the motion, then on or before May 8, 2025 you or your attorney must do <u>all</u> of ther following:

   (a) file an answer explaining ypour position at

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> For the Eastern District of Pennsylvania
> Robert C. Nix Building
> 900 Market Street
> Philadelphia, PA 19107

If you mail your answer to the Bankruptcy clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

> Anthony A. Frigo
> The Law Offices of Anthonyt A. Frigo
> 175 Strafford Ave., Suite One
> Wayne, PA 19087
> (610) 687-7784

1. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

2. A hearing on the motion is scheduled to be held before the Honorable Derek J. Baker on May 15, 2025 at 9:30 AM in Courtroom #2, United States Bankruptcy Court, Robert C. Nix Sr. Building, 900 Market Street, Philadellphia, PA 19107.  ALL HEARINGS can be attended by video conference or in-person at 900 Market Street, 2nd floor. Option for VIDEO

participation on ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791.

      3.    If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      4.    You may contact the Bankruptcy Court Office at (215) 408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: April 18, 2025

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

|  |  |
|---|---|
| | : |
| IN RE:  Brian Wharton | : Chapter 13 |
| Debtor(s) | : |
| | : No.      24-10503-DJB |

# MOTION FOR COURT APPROVAL OF MODIFICATION OF AMENNDED CHAPTER 13 PLAN

1. The above-referenced Chapter 13 Bankruptcy was filed on February 15, 2024.

2. The Chapter 13 Bankruptcy was assigned case number 24-10503.

3. Debtor filed an Amended Plan with the Court on September 18, 2024.

4. Said Plan was Confirmed on October 3, 2024.

5. Debtor fell behind in payments to Pennymac Loan Services, LLC and a Motion for Relief was filed on February 14, 2025.

6. Debtor and Pennymac Loan Services, LLC settled their dispute, and a Stipiulation was filed on April 15, 2025 and the Order resolving the Motion for Relief was signed by this Court on April 17, 2025.  (True and correct copies of the Stipulation and Order are attached hereto, made a part hereof and marked as Exhibits "A" and "B" respectively.)

7. Debtor proposes to modify her Plan as per the Proposed Amended Plan attached hereto and marked Exhibit "C".

8. Debtor's, at the time of filing their bankruptcy petition, showed income that was above the applicable median family income.

9. The Proposed Plan proposes a new plan payment of $1,261.00 for 45 months

and a single plan payment of $1,253.26 in the last month of the plan which is an increase of 181.87.

10. Debtor's filed Schedule J indicates that there is $1,342.15 of disposable income. (A true and correct copy of the Debtor's Schedule J is attached hereto, made a part hereof and marked as Exhibit "D".)

**WHEREFORE**, for the reasons stated herein-above, the Debtor(s) respectfully requests that the proposed Motion to Modify Plan be granted.

Dated:  <u>April 18, 2025</u>                                            /S/ Anthony A. Frigo
                                                                          Anthony A. Frigo, Esquire
                                                                          175 Strafford Ave., Suite On
                                                                          Wayne, PA 19087
                                                                          (O) 610.687.7784
                                                                          (F)  610.687.7783
                                                                          Anthonyfrigo@msn.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:  Brian Wharton | : |
| Debtor(s) | : Chapter 13 |
|  | : |
|  | : No.      24-10503-DJB |

## ORDER

AND NOW, this _____ day of _____, 2024 at Philadelphia it is **ORDERED AND DECREED** that:

the modification of the Chapter 13 Plan is approved.

_____
Patricia M. Mayer
United Staes Bankruptcy Judge

Cc:  See attached service list

**Debtor**

Brian Wharton
1111 Meadowbrook Lane
Darby, PA 19023

**Debtors Attorney**

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

**Counsel for Movant**

Denise Carlon, Esquire
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

**Trustee**

Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

**United States Trustee**

Office of the U.S. Trustee
Via ECF

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OFPENNSYLVANIA

|  |  |
|---|---|
| IN RE:  Brian Wharton | : |
| Debtor(s) | : Chapter 13 |
|  | : |
|  | : No.    24-10503-DJB |

## CERTIFICATE OF SERVICE

TO THE CLERK OF THE BANKRUPTCY COURT:

I, Anthony A. Frigo, Esquire, Attorney for the Debtor(s), hereby certify that a true and correct copy of the foregoing Notice of Motion, Motion to Modify Plan, and Proposed Order have been served this 18th day of April 2025, by First Class United States Mail, postage prepaid or electronic means upon parties on the attached list and all interested parties:

April 18, 2025                                          /S/ Anthony A. Frigo
                                                        Anthony A. Frigo, Esquire
                                                        175 Strafford Ave., Suite On
                                                        Wayne, PA 19087
                                                        (O) 610.687.7784
                                                        (F)  610.687.7783
                                                        Anthonyfrigo@msn.com

**Debtor**

Brian Wharton
1111 Meadowbrook Lane
Darby, PA 19023

**Debtors Attorney**

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

**Counsel for Movant**

Denise Carlon, Esquire
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

**Trustee**

Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

**United States Trustee**

Office of the U.S. Trustee
Via ECF

EXHIBIT A

EXHIBIT A

EXHIBIT B