UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Brian Wharton | : | Chapter 13 |
| Debtor(s) | : | |
| | : | No.    24-10503-DJB |

# ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 51, the "Motion");

It is hereby **ordered** that

1. The Motion is granted; and
2. The Modified Plan (doc. # 53) is **approved.**

Date:

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

See attached service list

### Debtor

Brian Wharton
1111 Meadowbrook Lane
Darby, PA 19023

### Debtors Attorney

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

### Trustee

Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

### United States Trustee

Office of the U.S. Trustee
Via ECF

**Counsel for Movant**

Denise Carlon, Esquire
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106