UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Brian Wharton | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| | : | No.    24-10503-DJB |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 51, the "Motion");

It is hereby **ordered** that

1. The Motion is granted; and
2. The Modified Plan (doc. # 53) is **approved.**

Date:

**Date: May 16, 2025**

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE

See attached service list

Debtor

Brian Wharton
1111 Meadowbrook Lane
Darby, PA 19023

Debtors Attorney

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

**Counsel for Movant**

Denise Carlon, Esquire
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Trustee

Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee

Office of the U.S. Trustee
Via ECF