**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE:  Brian Wharton | :  Chapter 13 |
| Debtor(s) | : |
|  | :  No.    24-10503-DJB |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Debtor, Brian Wharton, has/have filed a Motion to Avoid Judgment Lien of LVNV Funding, LLC with the court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case/adversarial proceding. (If you do not have an attorney, you may wish to consult one.)**

1.    If you do not want the court to grant the releif sought in the motion or if you want the court to consider your views on the motion, then on or before    June 5, 2025 you or your attorney must do <u>all</u> of ther following:

(a)  file an answer explaining ypour position at

Clerk of the Bankruptcy Court
United States Bankruptcy Court
For the Eastern District of Pennsylvania
Robert C. Nix Building
900 Market Street
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the movant's attorney:

Anthony A. Frigo
The Law Offices of Anthonyt A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087
(610) 687-7784

1.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

2.    A hearing on the motion is scheduled to be held before the Honorable Derek J. Baker on June 5, 2025 at 11:00 AM in Courtroom #2, United States Bankruptcy Court, Robert C. Nix Sr. Building, 900 Market Street, Philadellphia, PA 19107.  ALL HEARINGS can be

attended by video conference or in-person at 900 Market Street, 2nd floor. Option for VIDEO participation on ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791.

      3.    If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      4.    You may contact the Bankruptcy Court Office at (215) 408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: May 16, 2025