**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Brian Wharton | : | Chapter 13 |
| | : | No.      24-10503 djb |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of the Debtor's Attorney's Supplemental Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the supplemental fee of $2,520.00 charged to the Debtor and costs of $0.00 incurred on behalf of Debtor be approved and that $2,52.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

**Date: May 20, 2025**

_____
Derek J. Baker
United States Bankruptcy Judge