United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10503-djb |
| Brian Wharton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

**Recip ID        Recipient Name and Address**
db            + Brian Wharton, 1111 Meadowbrook Lane, Darby, PA 19023-1013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:

**Name                Email Address**

ANTHONY A. FRIGO
                    on behalf of Debtor Brian Wharton anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com

DENISE ELIZABETH CARLON
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Brian Wharton        :    Chapter 13
                  :    No.    24-10503 djb
                  :

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Debtor's Attorney's Supplemental Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the supplemental fee of $2,520.00 charged to the Debtor and costs of $0.00 incurred on behalf of Debtor be approved and that $2,52.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

**Date: May 20, 2025**

                        _____
                        Derek J. Baker
                        United States Bankruptcy Judge