UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Brian Wharton : Chapter 13
: No. 24-10503 djb
:

**AMENDED ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of the Debtor's Attorney's Supplemental Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the supplemental fee of **$2,520.00** charged to the Debtor, and costs of **$0.00** incurred on behalf of Debtor, be approved; and that **$2,520.00** be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____
Derek J. Baker
United States Bankruptcy Judge

**Date: June 3, 2025**