# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Wharton | : Chapter 13 |
| Debtor(s) | : |
| | : No.    24-10503-DJB |

## ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of the Debtor's Motion to Avoid Judgment Lien of LVNV Funding, LLC, having been entered on June 24, 2013 in case number CV-2013-006301 in The Court of Common Pleas of Delaware County, Pennsylvania, in the amount of $1,838.58 and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Judgment Lien held by LVNV Funding, LLC against the property of the Debtor, both real and personal, shall be and hereby is avoided and nullified in its entirety and is therefore of no effect whatsoever.

BY THE COURT:

Date: _____

**Date: June 6, 2025**

**Derek J. Baker**
**Judge**
**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

See Attached List

| | |
|---|---|
| **Debtor** | **Trustee** |
| Brian Wharton | KENNETH E. WEST |
| 1111 Meadowbrook Lane | Office of the Chapter 13 Standing Trustee |
| Darby, PA 19023 | 190 N. Independence Mall West Suite 701 |
| | Philadelphia, PA 19106 |
| | |
| **Debtors Attorney** | **United States Trustee** |
| Anthony A. Frigo | Office of The United States Trustee |
| 175 Strafford Ave., Suite One | Robert NC Nix, Sr. Federal Building |
| Wayne PA 19087 | 900 Market Street, Suite 320 |
| | Philadelphia, PA 19107 |

**Interested Parties**
All interested parties

**LVNV Funding, LLC**              **Attorney for LVNV Funding, LLC**
LVNV Funding, LLC                   Michael Ratchford
c/o Resurgent Capital Services      c/o Ratchford Law Group PC
P.O. Box 10587                      54 Glenmaura National Blvd., Ste 104
Greenville, SC 29603-0587           Moosic, Pennsylvania 18507

**Resurgent Capital Services**
Matthew Oberholtzer
Secured Bankruptcy Specialist
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587
securedbankruptcy@resurgent.com

**LVNV Funding, LLC**
Bryan Faliero, President
LVNV Funding, LLC
1201 Hays Street
Tallahassee, FL 32301

**LVNV Funding, LLC**
Bruce Jobe Senior Vice President
Bankruptcy Operations & Strategic Analytics VP Operations
55 Beattie Pl #110
Greenville, SC 29603-0587