# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Brian Wharton | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| | : | No.     24-10503-DJB |

## ORDER

AND NOW, this ____ day of _____, 2024, upon consideration of the Debtor's Motion to Avoid Judgment Lien of Portfolio Recovery Associates, LLC, having been entered on June 24, 2013 in case number CV-2013-006301 in The Court of Common Pleas of Delaware County, Pennsylvania, in the amount of $1,043.54 and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Judgment Lien held by Portfolio Recovery Associates, LLC against the property of the Debtor, both real and personal, shall be and hereby is avoided and nullified in its entirety and is therefore of no effect whatsoever.

BY THE COURT:

Date: _____

**Date: June 6, 2025**

_____
**Derek J. Baker**
**Judge**
**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

See Attached List