United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10503-djb |
| Brian Wharton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 06, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Wharton, 1111 Meadowbrook Lane, Darby, PA 19023-1013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14873337 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2025 00:00:15 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 08, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Brian Wharton anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2          User: admin          Page 2 of 2
Date Rcvd: Jun 06, 2025          Form ID: pdf900          Total Noticed: 2
TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| IN RE:  Brian Wharton | : | Chapter 13 |
| Debtor(s) | : | |
| | : | No.    24-10503-DJB |

### ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Debtor's Motion to Avoid Judgment Lien of LVNV Funding, LLC, having been entered on June 24, 2013 in case number CV-2013-006301 in The Court of Common Pleas of Delaware County, Pennsylvania, in the amount of $1,838.58 and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Judgment Lien held by LVNV Funding, LLC against the property of the Debtor, both real and personal, shall be and hereby is avoided and nullified in its entirety and is therefore of no effect whatsoever.

BY THE COURT:

**Date:** _____
**Date: June 6, 2025**

_____
**Derek J. Baker**
**Judge**
**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

See Attached List

| **Debtor** | **Trustee** |
|---|---|
| Brian Wharton | KENNETH E. WEST |
| 1111 Meadowbrook Lane | Office of the Chapter 13 Standing Trustee |
| Darby, PA 19023 | 190 N. Independence Mall West Suite 701 |
| | Philadelphia, PA 19106 |

| **Debtors Attorney** | **United States Trustee** |
|---|---|
| Anthony A. Frigo | Office of The United States Trustee |
| 175 Strafford Ave., Suite One | Robert NC Nix, Sr. Federal Building |
| Wayne PA 19087 | 900 Market Street, Suite 320 |
| | Philadelphia, PA 19107 |

**Interested Parties**
All interested parties

**LVNV Funding, LLC**
LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

**Attorney for LVNV Funding, LLC**
Michael Ratchford
c/o Ratchford Law Group PC
54 Glenmaura National Blvd., Ste 104
Moosic, Pennsylvania 18507

**Resurgent Capital Services**
Matthew Oberholtzer
Secured Bankruptcy Specialist
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587
securedbankruptcy@resurgent.com

**LVNV Funding, LLC**
Bryan Faliero, President
LVNV Funding, LLC
1201 Hays Street
Tallahassee, FL 32301

**LVNV Funding, LLC**
Bruce Jobe Senior Vice President
Bankruptcy Operations & Strategic Analytics VP Operations
55 Beattie Pl #110
Greenville, SC 29603-0587