# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OFPENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : |  |
| IN RE:  Brian Wharton | : | Chapter 13 |
| Debtor(s) | : |  |
|  | : | No.      24-10503-DJB |

## AMENDED ORDER

AND NOW, this                    day of                    , 2026 at Philadelphia it is

**ORDERED AND DECREED** that:

the post confirmation Amended Chapter 13 Plan at Docket No. 106 is approved.

_____

Derek J. Baker
United Staes Bankruptcy Judge

Cc:  See attached service list

**Debtor**

Brian Wharton
1111 Meadowbrook Lane
Darby, PA 19023

**Trustee**

Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105
Via: ECF

**Debtors Attorney**

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

**United States Trustee**

Office of the U.S. Trustee
Via ECF

**Counsel for Movant**

Matthew Fissel, Esq.
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106