**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

| | |
|---|---|
| | : |
| IN RE:  Brian Wharton | : Chapter 13 |
| Debtor(s) | : |
| | : No.      24-10503-DJB |

**AMENDED CERTIFICATE OF SERVICE**

TO THE CLERK OF THE BANKRUPTCY COURT:

I, Anthony A. Frigo, Esquire, Attorney for the Debtor(s), hereby certify that a true and correct copy of the foregoing Notice of Motion 3rd day of March 2026, by First Class United States Mail, postage prepaid or electronic means upon parties on the attached list and all interested parties:

March 3, 2026                          /S/ Anthony A. Frigo
                                       Anthony A. Frigo, Esquire
                                       175 Strafford Ave., Suite On
                                       Wayne, PA 19087
                                       (O) 610.687.7784
                                       (F)  610.687.7783
                                       Anthonyfrigo@msn.com

**Debtor**

Brian Wharton
1111 Meadowbrook Lane
Darby, PA 19023
Via: Email

**Trustee**

Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105
Via: ECF

**Debtors Attorney**

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

**United States Trustee**

Office of the U.S. Trustee
Via ECF

**Counsel for Movant**

@Matthew Fissel, Esq.
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Via Email: mfissel@kmllawgroup.com

U.S. Department of Housing and Urban
Development
12 th Floor 801 Market Street
Philadelphia, PA 19107
Via Email: Sonya.M.Kaloyanides@hud.gov

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541
Via Email:
Bankruptcy_Info@prareceivables.com

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587
Via Email: Securedbankruptcy@resurgent.com

Resurgent Capital Services/Credit One Bank
P.O. Box 10587
Greenville, SC 29603-0587
Via Email: askbk@Resurgent.com

Cavalry SPV 1, LLC
P.O. Box 4252
Greenwich, CT 06831-2200
Via Email: bankruptcy@Cavps.com