**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

IN RE: Brian Wharton                    :          Chapter 13
                                        :          No.          24-10503 djb
                                        :

**ORDER**

AND NOW, this        day of                    , 2026, upon consideration of the

Debtor's Attorney's Supplemental Application for Approval of Counsel Fees and Costs, and

Certificate of No Objection, it is hereby

ORDERED that the supplemental fee of $2,000.00 charged to the Debtor and costs of

$0.00 incurred on behalf of Debtor be approved and that $2,000.00 be paid to counsel for Debtor

from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____
Derek J. Baker
United States Bankruptcy Judge

**Date: April 28, 2026**