**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

|  |  |
|---|---|
|  | : |
| IN RE:  Brian Wharton | : Chapter 13 |
| Debtor(s) | : |
|  | : No.      24-10503-DJB |

**ORDER**

AND NOW, this     30th                    day of     April         , 2026, it is

**ORDERED AND DECREED** that:    the Motion to Modify Plan post-confirmation (docket entry 99)

is granted, and the post-confirmation Amended Chapter 13 Plan at docket entry 106 is approved.

**Date: April 30, 2026**

_____
Derek J. Baker
United Staes Bankruptcy Judge

Cc:  See attached service list

**Debtor**

Brian Wharton
1111 Meadowbrook Lane
Darby, PA 19023

**Debtors Attorney**

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

**Counsel for Movant**

Matthew Fissel, Esq.
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

**Trustee**

Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105
Via: ECF

**United States Trustee**

Office of the U.S. Trustee
Via ECF