United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-10503-djb

Brian Wharton                                                                   Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 1

Date Rcvd: Apr 28, 2026                  Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

**Recip ID                    Recipient Name and Address**
db                   +  Brian Wharton, 1111 Meadowbrook Lane, Darby, PA 19023-1013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026                        Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

**Name                          Email Address**

ANTHONY A. FRIGO
                          on behalf of Debtor Brian Wharton anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

IN RE: Brian Wharton                          :          Chapter 13
                                              :          No.          24-10503 djb
                                              :

**ORDER**

AND NOW, this        day of                    , 2026, upon consideration of the

Debtor's Attorney's Supplemental Application for Approval of Counsel Fees and Costs, and

Certificate of No Objection, it is hereby

ORDERED that the supplemental fee of $2,000.00 charged to the Debtor and costs of

$0.00 incurred on behalf of Debtor be approved and that $2,000.00 be paid to counsel for Debtor

from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____
Derek J. Baker
United States Bankruptcy Judge

**Date: April 28, 2026**