***Form 167*** (1/25)−doc 120 − 119

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Brian Wharton<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−10503−djb<br><br>Chapter: 13 |

## <u>NOTICE OF HEARING</u>

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

Objection to Certification of Default by Creditor PENNYMAC LOAN SERVICES, LLC

on: 10/22/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: September 21, 2026

For The Court

Mohung Wong
Clerk of Court